**Fill in this information to identify the case and this filing:**

Debtor Name: **Westlake Surgical, L.P.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): 23-10747

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/05/2023
MM/DD/YYYY

X **/s/ Mark Shen**
Signature of individual signing on behalf of debtor

**Mark Shen**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify your case:

Debtor Name __Westlake Surgical, L.P._____

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Synergy Surgical, LLC<br>701 E. Plano Parkway, Suite 506<br>Plano, TX 75074 | | Vendor | | | | $1,278,176.78 |
| 2 | Westlake Medical Center - Phase II<br>P.O. Box 161507<br>Austin, TX 78716-1507 | | Landlord | | | | $960,899.77 |
| 3 | National Neuromonitoring Services, LLC<br>1141 N LOOP 1604 E 105-612<br>San Antonio, TX 78232 | | Vendor | | | | $849,050.00 |
| 4 | VEP Healthcare, Inc.<br>1001 Galaxy Way, Suite 400<br>Concord, CA 94520 | | Vendor | | | | $715,141.66 |
| 5 | Pioneer Health Systems, LLC<br>5040 Addison Circle, Suite 400<br>Addison, TX 75001 | | Vendor | | | | $711,040.98 |

| Debtor | **Westlake Surgical, L.P.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | **Allscripts Healthcare, LLC**<br>**222 Merchandise Mart Plaza**<br>**Chicago, IL 60654** | | **Vendor** | | | | **$703,868.87** |
| 7 | **Philips Healthcare - IPC**<br>**P.O. Box 100355**<br>**Atlanta, GA 30384-0355** | | **Vendor** | | | | **$593,108.45** |
| 8 | **Mako Surgical Corp.**<br>**26545 Network Place**<br>**Chicago, IL 60673-1265** | | **Vendor** | | | | **$585,165.82** |
| 9 | **Zimmer Biomet - 82053**<br>**75 Remittance Drive, Suite 3283**<br>**Chicago, IL 60675-3283** | | **Vendor** | | | | **$575,091.71** |
| 10 | **Boston Scientific Corp.**<br>**c/o S Jacob & Wolf, LP**<br>**116 Walcourt Loop**<br>**College Station, TX 77845** | | **Vendor** | | | | **$497,788.36** |
| 11 | **Nuvasive, Inc.**<br>**P.O. Box 50678**<br>**Los Angeles, CA 90074-0678** | | **Vendor** | | | | **$460,394.82** |
| 12 | **Meditech Spine, LLC**<br>**1447 Peachtree Street, Suite 440**<br>**Atlanta, GA 30309** | | **Vendor** | | | | **$415,880.00** |
| 13 | **Pantheon Spinal, LLC**<br>**P.O. Box 161233**<br>**Austin, TX 78716** | | **Vendor** | | | | **$408,228.18** |
| 14 | **Westlake Emergency Physicians, PA**<br>**4535 DRESSLER ROAD NW**<br>**Canton, OH 44718** | | **Vendor** | | | | **$404,167.00** |
| 15 | **Medhost Direct, Inc.**<br>**2739 Momentum Place**<br>**Chicago, IL 60689-5327** | | **Vendor** | | | | **$366,063.85** |
| 16 | **Biofusion Medical**<br>**2101 E. St. Elmo Road, Building 1, Suite 100**<br>**Austin, TX 78744** | | **Vendor** | | | | **$363,016.41** |

| Debtor | **Westlake Surgical, L.P.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Western Healthcare<br>13155 Noel Road, Suite 800<br>Dallas, TX 75240 | | Vendor | | | | $349,546.09 |
| 18 | Centinel Spine, LLC<br>P.O. Box 207368<br>Dallas, TX 75320-7368 | | Vendor | | | | $332,806.50 |
| 19 | Datex-Ohmeda, Inc.<br>P.O. Box 641936<br>Pittsburgh, PA 15264-1936 | | Vendor | | | | $312,745.72 |
| 20 | Curiteva, Inc.<br>25127 Will Mccomb Dr.<br>Tanner, AL 35671 | | Vendor | | | | $299,395.00 |