**TRIAL/HEARING ON**

# Doc# 5 Motion FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING ON A SECURED, SUPERPRIORITY BASIS; (II) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; (III) SCHEDULING A FINAL HEARING; (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF

## EXHIBIT AND WITNESS LIST

| PLAINTIFF'S ATTORNEY: Charlie Shelton - Westlake Surgical, L.P. | DEFENDANT'S ATTORNEY: | Docket Number: 23-10747-smr |
|---|---|---|
| | | Trial Date(s) 9/11/23 |
| PRESIDING JUDGE *Judge Shad Robinson* | COURT REPORTER *Laurie Boyd* | COURTROOM DEPUTY *Jennifer Lopez* |

| PLA NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| x | | 9/11/23 | | 9/11/23 | **DEBTOR'S EXHIBITS # 1-7, 9, 11-21** |
| X | | 9/11/23 | | | **Witness 1: Dr. Mark Shen** |
| X | | 9/11/23 | | | **Witness 2: Allen Chen Soong** |
| | | | | | |
| | | | | | |