

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 01, 2024.**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| WESTLAKE SURGICAL, L.P. D/B/A THE HOSPITAL AT WESTLAKE MEDICAL CENTER, | § § § § § | CASE NO. 23-10747<br><br>Chapter 11 |
| Debtor. | | |

### ORDER GRANTING DEBTOR'S FIRST MOTION TO EXTEND EXCLUSIVITY

Came on for consideration the Debtor's *First Motion to Extend Exclusivity* (the "Motion") filed by Westlake Surgical, L.P. d/b/a The Hospital at Westlake Medical Center (the "Debtor" or "Westlake"). Having considered the Motion, the proper service thereof, any objections thereto, and the arguments of counsel presented at the hearing thereon, and based upon the findings and conclusions announced at such hearing, the Court hereby finds that good cause exists to **GRANT** the Motion. It is therefore

**ORDERED** that the Exclusivity Period for the Debtor to file a Chapter 11 plan pursuant to 11 U.S.C. §1121(b) is extended through and including May 7, 2024 (the "Extended Exclusivity Deadline"); it is further

**ORDERED** that if the Debtor files a Chapter 11 plan by the Extended Exclusivity Deadline, the exclusive period for the Debtor to obtain acceptance of a plan pursuant to 11 U.S.C. §1121(c)(3) is extended through and including July 8, 2024; it is further

**ORDERED** that this Order is without prejudice to the Debtor's right to request any additional extensions of the Exclusivity Period in accordance with the Bankruptcy Code; it is further

**ORDERED** that this Court retains jurisdiction to interpret and enforce the terms of this Order.

# # # END OF ORDER # # #


*Order Prepared By:*

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Bar Number: 24079317
Ruth Van Meter
Bar Number: 20661570
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com
rvanmeter@haywardfirm.com

**Counsel for Westlake Surgical, L.P. d/b/a**
**The Hospital at Westlake Medical Center**